**YANNI LAW APC**
John C. Bohren (California State Bar No. 295292)
yanni@bohrenlaw.com
145 South Spring Street, Suite 850
Los Angeles, CA 90012
Telephone: (619) 433-2803

**POULIN | WILLEY | ANASTOPOULO, LLC**
Seth Little (*Pro Hac Vice*)
seth.little@poulinwilley.com
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTEN JAVIS,** | **Case No.: 3:24-cv-02137-L-KSC** |
| **Plaintiff,** | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| **vs.** | |
| **CUSO FINANCIAL SERVICES, LP,** | **Judge: M. James Lorenz** |
| **Defendant** | **Complaint Filed: November 14, 2024 Trial Date: None Set** |

1

COMES NOW, Plaintiff Kristen Javis, ("Plaintiff"), by and through counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby notifies the Court of the voluntary dismissal of her claims against Defendant CUSO Financial Services, LP ("Defendant") in Case Number 3:24-cv-02137, without prejudice, with each party to bear their own fees and costs. Defendant has not served either an answer or a motion for summary judgment. Dismissal is therefore appropriate.

Dated: January 21, 2025

**POULIN | WILLEY | ANASTOPOULO, LLC**

By: /s/John Bohren
Yanni Law APC
P. O. Box 12174
San Diego, CA 92112
619-433-2803
Fax: 800-867-6779
Email: yanni@bohrenlaw.com

 -and-

Seth Little
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
803-222-2222
Fax: 843-494-5536
Email: seth.little@poulinwilley.com

*Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41